No. 514. ROBINSON *v.* UNITED STATES. May 28, 1945. Second petition for rehearing denied. 324 U. S. 889.

No. 1168. DULANEY *v.* COPPARD, TRUSTEE. June 4, 1945.

No. 907. PARK, CHAIRMAN, *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL. June 11, 1945. MR. JUSTICE JACKSON and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications. 324 U. S. 857.

No. 995. METRIK *v.* FORT TRYON GARDENS, INC. June 11, 1945. 324 U. S. 866.

No. 1185. TELFIAN *v.* SANFORD, WARDEN. June 11, 1945.

No. —. SNOW *v.* JOHNSTON, WARDEN. June 18, 1945.

No. 84. WILLIAMS ET AL. *v.* NORTH CAROLINA. June 18, 1945. *Ante,* p. 226.

No. 610. ANGELUS MILLING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. June 18, 1945. *Ante,* p. 293.

No. 1151. MOORE *v.* BAILEY. June 18, 1945.

No. 1160. FISHER *v.* MEDWEDEFF, TRUSTEE. June 18, 1945.

No. 1162. SPRUILL *v.* BALLARD ET AL. June 18, 1945.